# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Rachel Elizabeth Brown | Case No.<br>1:09cr00317 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rachel Elizabeth Brown__, have discussed with __Jacob M. Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from home incarceration to **HOME DETENTION:** You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rachel Brown_ 12-21-09          _Jacob M Scott_ 12/21/09
Signature of Defendant   Date    Pretrial Services Officer   Date
Rachel Brown                     Jacob M. Scott

I have reviewed the conditions and concur that this modification is appropriate.

_Kathy_                                                  12/21/09
Signature of Assistant United States Attorney             Date
Kathy Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_W. Scott Quinlan_                                        12/21/09
Signature of Defense Counsel                              Date
W. Scott Quinlan

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __12/21/09__.
☐ The above modification of conditions of release is *not* ordered.

_Signature_                                               12/21/09
Signature of Judicial Officer                             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services